Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Gregory A Waters
10595-509
*Your full name*

v.

Mrs. S. Brown / Warden
J. McCallom / Correctional Officer
S. Senko / Correctional Officer / Paramedic
Visiting room Officer on Jan 4, 2023 12-2:30pm
*Enter above the full name of defendant(s) in this action*

**FEDERAL CIVIL RIGHTS COMPLAINT**
(*BIVENS* ACTION)

Civil Action No.: 5:23-cv-19
*(To be assigned by the Clerk of Court)*

Bailey
Mazzone
Prince

FILED
JAN 26 2023
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

## I.  JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)**. The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II.  PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A.  Name of Plaintiff: Gregory A Waters   Inmate No.: 10595-509
    Address: P.O. Box 1000
    Bruceton Mills WV 26525

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

**Attachment A**

B.   Name of Defendant: Mrs. S. Brown
     Position: Warden
     Place of Employment: Hazelton F.C.I
     Address: P.O Box 5000
              Bruceton Mills WV 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☒ Yes   ☐ No

If your answer is "YES," briefly explain: Mrs. Brown was the acting Warden at the time these incidents occurred and it's her staff she runs the prison and is not a woman of her word. She also works else where now

B.1  Name of Defendant: S. Senko
     Position: Officer / Paramedic
     Place of Employment: Hazelton F.C.I
     Address: P.O Box 5000
              Bruceton Mills WV 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☒ Yes   ☐ No

If your answer is "YES," briefly explain: When I arrived Here 6-23-22 Ms. S. Senko interviewed me off the bus and told me "It's not a top 10 allergy so eat at my own risk"

B.2  Name of Defendant: J. McCallum
     Position: Officer / Correctional Systems Officer
     Place of Employment: Hazelton F.C.I
     Address: P.O Box 5000
              Bruceton Mills WV 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☒ Yes   ☐ No

**Attachment A**

If your answer is "YES," briefly explain: Yes He J. McCallum was responsible to clear me from the so called "pending charges" i supposedly had/have but was very rude/disrespectful when I confronted Him told me "He rather have a mouthful of shit than talk to me bout all my pending charges."

B.3 Name of Defendant: Had No Name on His Uniform
Position: Visiting room officer on Jan. 4 12-2:30pM
Place of Employment: Hazelton F.C.I
Address: P.O Box 5000
Bruceton Mills WV

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?  ☒ Yes    ☐ No

If your answer is "YES," briefly explain: The Strip search was sexual Harrasment to the Fullest.

B.4 Name of Defendant: _____
Position: _____
Place of Employment: _____
Address: _____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?  ☐ Yes    ☐ No

If your answer is "YES," briefly explain: _____

**Attachment A**

B.5  Name of Defendant: _____
Position: _____
Place of Employment: _____
Address: _____
_____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☐ Yes   ☐ No

If your answer is "YES," briefly explain: _____
_____
_____
_____

III.  PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution: Hazelton  F. CI

A.  Is this where the events concerning your complaint took place?
☒ Yes   ☐ No

If you answered "NO," where did the events occur?
_____

B.  Is there a prisoner grievance procedure in the institution where the events occurred?   ☒ Yes   ☐ No

C.  Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?
☒ Yes   ☐ No

D.  If your answer is "NO," explain why not: _____
_____
_____

E.  If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed

Attachment A

and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES:**

LEVEL 1 No Response From Staff
LEVEL 2 No Response From Staff
LEVEL 3 See Attached Still No Response

IV. PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

    A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?   ☐ Yes   ☒ No

    B. If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

        1. Parties to this previous lawsuit:

            Plaintiff(s): _____

            Defendant(s): _____

        2. Court: _____
            *(If federal court, name the district; if state court, name the county)*

        3. Case Number: _____

        4. Basic Claim Made/Issues Raised: _____

        5. Name of Judge(s) to whom case was assigned:

        6. Disposition: _____
            *(For example, was the case dismissed? Appealed? Pending?)*

        7. Approximate date of filing lawsuit: _____

        8.    Approximate date of disposition. Attach Copies:_____

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
        ☐ Yes    ☐ No

D.    If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.

_____
_____
_____
_____

E.    Did you exhaust available administrative remedies?
        ☐ Yes    ☐ No

F.    If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.

_____
_____
_____
_____

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

        1.    Parties to previous lawsuit:

Attachment A

Plaintiff(s): _____

Defendant(s): _____

2. Name and location of court and case number:

    _____
    _____
    _____

3. Grounds for dismissal:   ☐ frivolous   ☐ malicious
   ☐ failure to state a claim upon which relief may be granted

4. Approximate date of filing lawsuit: _____

5. Approximate date of disposition: _____

## V.  STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph.* ***UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT.*** *(LR PL 3.4.4)*

CLAIM 1: On arrival 6/23/22 S. Senko was the acting medical officer and when S. Senko saw that I had been getting special trays due to allergies from beans/onions "S. Senko said "eat at my own risk because there's no special trays here and that's not a top 10 allergy how would she know and she is only a c/o or and a paramedic she was very sarcastic and rude for no reason because I have an allergy.

Supporting Facts: I don't get no special tray and it should

Attachment A

Be in my medical files if not it's definitely in my file from Carter County Ky the facility I was at before coming to Hazelton F.C.I and THE DR at Carter County confirmed my allergy before he wrote the order.

CLAIM 2: THE Kitchen here at Hazelton F.C.I continues to feed expired foods and drinks Milks. THEY served individual pies that expired in 2007 every THursday they pass out expired danishes as well sour chicken moldy jelly when we were on lock down

Supporting Facts: THERE's copies of the pie box expiration date the crossiant with expiration date

See Copies ATTACHED

CLAIM 3: THE commissary here at Hazelton sells expired Chips Cakes and they sell the food at regular price which is a serious price hike on everything 10 1.5 oz BBQ sause 7.50  Peanuts 3.00 for 6oz bag 3.90 for 12oz Mayo  1 Ramen noodle 40 can get a case for 4:00 in Wal-Mart.

Supporting Facts: Copies of the Cheetos that expired in 2021 Commissary price list my reciept that and when I purchased the Chips

See Copies ATTACHED

CLAIM 4: Opening my mail that comes from courts that are Stamped open in front of me but they don't they say its not BOP criteria, They send my mail back to fancee/mom I don't get no mail from Anybody, but the courts they even tried to send court mail back but realized it was the courts

Supporting Facts: See Copies ATTACHED

Attachment A

CLAIM 5: The traumatizing fact of J. McCalloum told me "He rather have a mouthful of shit than to talk to me" When I tried to tell him that I didn't have any pending charges warrants detainers and he said that's what all you "Boys" say

Supporting Facts: I have the paper work from all the Jurisdictions Cook County IL (Evanston, Skokie Chicago Wheeling) then Lake County, IL Lake Forest Then Raliegh County WV Beckley See ATTACHED COPIES

VI. INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

I Gregory WATERS Have never been humiliated degraded disrespected mentally or emotionally traumatized by the cruel and inhumane punishment that has been bestowed upon me like I've endured here at Hazelton F.C.I My 8 amendment and 1 amendment has been violated along with my constitutional rights from racial verbal and physical and emotional abuse here

VII. RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

I want $1,000,000 for the pain and suffering I've endured mentally emotionally physically I want immediate transfer to Lexington F.C.I RDAP out of WV FBOP. I WANT All so called pending charges Cleared

\*Claim 6

On Sept. 17 - Oct 7 we Hazelton F.C.I was on lockdown at this time and during this time an inmate committed suicide by hanging and cutting himself. Me and the inmate were cordial and aquaintences. The prison didn't send no type of grieving team or medical staff to see if anybody else was depressed or going through being on lockdown for (2) inmates fighting. But we I had to endure mass punishment. They moved another inmate right in cell. NO Remorse what so ever.
Supporting facts: Check prison records on the suicide in Oct. 2022 Unit N2 where I'm housed.

\* Claim 7

I was sentenced May 19 By Honorable Judge Volk in Beckley and He recommended Lexington F.B.OP and to get a full mental Health evaluation so I could stop self medicating with street drugs and because I was recieving S.S.I from my past mental Health issues Trauma P.T.S.D Anxiety Anti-social behavior drug addiction But since being here at Hazelton I've yet to be evaluating or seen by anybody in the mental Health department.

supporting facts: Check Hazelton F.C.I call-outs and or Pyschology log books I've not been evaluated at all

* Claim 8
Upon getting on the bus to come to Hazelton F.C.I the bus driver and crew had welcome to Misery Mountain Patches and Signs on bus and verbally expressed by the bus staff I only have a 841 drug distribution charge and I'm at a violent prison level 5 yard and I'm not violent by no means and a disciplinary yard I have no tickets Supporting facts: my background and Just think bout it Suicides Murders Whitey Bulger for example

* Claim 9
Black Mold in the kitchen dishroom there's not been Hot water on a steady Nor dish soap to wash dishes around Supported to Warden and still no dish liquid. NOW THAT THEy Have been reading my mail they have painted to cover up the Mold which isn't treating it

Supporting facts: Freshly Painted Bricks and ceiling but the grout on the tile still has it and I'm sure log books show paint crew Painted and Prison bought paint.

Claim 10

I had a visit the most degrading humiliating disrespectful Sexual Harrassment I've endured a strip search going in and coming out of a NON-Contact visit. THE officer name tag wasn't on that's most officers here at Hazelton but anyway the officer was rude. Once I stripped and was naked the officer rudely and Sexually said Grab your dick and pull the foreskin back I don't have foreskin I'm circumcised then he says now lift your balls for "ME" "Lock your knees turn around bend over and grab your ASS cheeks and spread them for "ME" cough 3 times. NOW THIS WAS Going in the visit and coming out I had to go through this same verbal Harrassment but in front of 2 officers this time Why when it WAS plastic

Seperating me and my visitor
Supporting facts: Video footage of visiting room Jan. 4 12-2:30pm


Injury Continued:
Psychological and unnecessary humiliation to stomach and digestive system from spoiled foods moldy foods and constant anxiety from oppressive and unsafe living/working conditions. THE Racial discrimination and oppressive behavior - verbal abuse I have experienced from staff at large is unnecessary at best and frankly criminal at worst

RELIEF CONT.

AS YOU CAN SEE IN AN ARTICLE IN THE USA TODAY YOU CAN SEE HOW VIOLENT HAZELTON F.C.I IS AND YOU CAN SEE THAT THE OFFICER WHO WOULDN'T DISCLOSE HIS/HER NAME BECAUSE THEY WERE AFRAID OF THE RETALIATION THAT COULD COME AGAINST HIM/HER. SO WHY SHOULD I FEEL SAFE HERE SO THAT'S WHY I NEED TO BE TRANSFERRED A.S.A.P TO LEXINGTON F.C.I PETERSBURG, VA OR BUCTNER N.C. I DON'T BELONG IN A VIOLENT DISCIPLINARY PRISON AT ALL ALL THIS GOES AGAINST MY TRAUMA ANXIETY ISSUES BEING HERE.

AND FOR WARDEN TO PAY ALL COURT COSTS

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate. Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  Hazelton F.C.I  on  Jan 24, 2023  .
             (Location)              (Date)

_____
Your Signature

Attachment E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Gregory A Waters
10595-509
*Your full name*

v.  Civil Action No.: 5:23-cv-19

S. Brown
S. Senko
J McCallom
Visiting Room Officer on Jan 4, 2023
*Enter above the full name of defendant(s) in this action*

## Certificate of Service

I, Gregory A Waters (your name here), appearing *pro se*, hereby certify that I have served the foregoing Bivens Motion (title of document being sent) upon the defendant(s) by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the defendant(s) on 01-20-2023 (insert date here):

(List name and address of counsel for defendant(s))

/s/ Gregory A Waters
(sign your name)