FILED: August 16, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-6191
(5:23-cv-00019-JPB-JPM)

_____

GREGORY A. WATERS

    Plaintiff - Appellant

v.

MRS. S. BROWN, Warden; J. MCCALLOUM, Correctional Officer; S. SENKO, Correctional Officer/Paramedic; VISITING ROOM OFFICER ON JANUARY 4, 2023, 12-12:30 PM

    Defendants - Appellees

_____

JUDGMENT

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                                 /s/ PATRICIA S. CONNOR, CLERK